[No. 102. Decided November 13, 1890.]

### W. P. McElwain v. R. J. Huston.

*Appeal from Superior Court, King County.*

*Ovid A. Byers,* for appellant.

*Thompson, Edsen & Humphries,* for appellee.

The opinion of the court was delivered by

Stiles, J.—An order of the superior court striking out a portion of the defendant's answer is not an appealable order, therefore the appeal must be dismissed, and it is so ordered.

Hoyt, Scott and Dunbar, JJ., concur.

Anders, C. J., not sitting.